ORDERED UNSEALED on 09/13/2024 s/ judepeters

SEALED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. AUSTIN ELKINS, Defendant. | Case No.: '24 MJ3305 DDL<br>COMPLAINT FOR VIOLATION OF:<br>Title 18, U.S.C., Sec. 922(g)(1) – Felon in Possession of a Firearm |

The undersigned complainant being duly sworn states:

COUNT ONE

On or about August 21, 2024, within the Southern District of California, defendant Austin ELKINS knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit: a loaded .38 caliber Smith and Wesson revolver bearing serial number DDZ063; in violation of Title 18, United States Code, Section 922(g)(1).

JAIME FELIX
SPECIAL AGENT, ATF

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 30th day of August 2024.

HON. DAVID D. LESHNER
UNITED STATES MAGISTRATE JUDGE

**PROBABLE CAUSE STATEMENT**

On August 21, 2024, at approximately 10:15 a.m., Officers with the San Diego Police Department observed an individual later identified as Austin ELKINS riding a motorcycle alone westbound on Interstate 8 within the Southern District of California. Officers observed ELKINS riding the motorcycle at a speed estimated at 100 miles per her hour and more than the posted speed limit of 65 miles per hour, in violation of California Vehicle Code §22349(A). Officers conducted a vehicle stop for that traffic violation after they were able to catch up with ELKINS near the intersection of Sunset Cliffs Boulevard and West Point Loma Boulevard. At the time of the traffic stop, ELKINS had an outstanding arrest warrant.

The Officers arrested ELKINS on his outstanding warrant and initiated a tow of his motorcycle pursuant to California Vehicle Code §22651(h)(1). During the attendant inventory search of ELKINS' motorcycle, Officers recovered a .38 caliber Smith and Wesson revolver bearing serial number DDZ063 from a bag near the handlebars on ELKINS' motorcycle. A total of 20 rounds of .38 caliber ammunition were also recovered from the same bag as the revolver.

Records checks on ELKINS revealed the following relevant criminal history:

| Conviction Date | Court of Conviction | Charge | Imprisonment |
|---|---|---|---|
| 7/7/2005 | CASC – Vista | Cal. P.C. §243(D)—Battery with Serious Bodily Injury (Felony) | 6 Years Prison |

The firearm was seized and inspected. Preliminary checks revealed that the firearm was not manufactured in California. Therefore, the firearm traveled in, and/or affected interstate commerce to arrive in the state of California.

**REQUEST FOR SEALING**

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable

cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee and may cause destruction of evidence and may have a negative impact on this continuing investigation.